IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN-DEPTH TEST, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 14-887 (GMS) |
| MAXIM INTEGRATED PRODUCTS, INC., | ) |
| Defendant. | ) |
| IN-DEPTH TEST, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 14-888 (GMS) |
| VISHAY INTERTECHNOLOGY INC. and SILICONIX INC., | ) |
| Defendants. | ) |
| IN-DEPTH TEST, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 14-1090 (GMS) |
| FAIRCHILD SEMICONDUCTOR CORP., | ) |
| Defendant. | ) |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
FOR LACK OF PATENTABLE SUBJECT MATTER**

Pursuant to Federal Rule of Civil Procedure 12(c) and L.R. 7.1.2, Defendants Maxim Integrated Products, Inc.; Vishay Intertechnology Inc. and Siliconix Inc.; and Fairchild Semiconductor Corp. respectfully move for judgment on the pleadings that U.S. Patent No. 6,792,373 is invalid under 35 U.S.C. § 101 for failing to claim patentable subject matter. The grounds for this motion are set forth in the Opening Brief submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

_____
Karen Jacobs (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
jying@mnat.com
*Attorneys for Defendant*
*Fairchild Semiconductor Corporation*


OF COUNSEL:

Colette Reiner Mayer
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5990

Roman A. Swoopes
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-353
(213) 892-5320

Christopher J. Wiener
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7529
*Attorneys for Defendant*
*Fairchild Semiconductor Corporation*

FISH & RICHARDSON P.C.

*/s/ Robert M. Oakes*

_____
Robert M. Oakes (#5217)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
oakes@fr.com
*Attorneys for Defendant*
*Maxim Integrated Products Inc.*

David M. Barkan
FISH & RICHARDSON P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063
650-839-5070
*Attorneys for Defendant*
*Maxim Integrated Products Inc.*


PEPPER HAMILTON LLP

*/s/ James H. S. Levine*

_____
James H. S. Levine (#5355)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6536
levinejh@pepperlaw.com
*Attorneys for Defendants Vishay International*
*Inc. and Siliconix Incorporated*

Thomas F. Fitzpatrick
PEPPER HAMILTON LLP
333 Twin Dolphin Drive
Suite 400
Redwood City, CA 94065-1434
650.802.3600

                                  Michael K. Jones  
                                  Joseph J. Holovachuk  
                                  Brian S. S. Auerbach  
                                  PEPPER HAMILTON LLP  
                                  3000 Two Logan Square  
                                  18th and Arch Streets  
                                  Philadelphia, PA 19103-2799  
                                  215.981.4000  
                                  *Attorneys for Defendants Vishay International*  
                                  *Inc. and Siliconix Incorporated*

May 26, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 26, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *BY ELECTRONIC MAIL* |
| David K. Wooten<br>WILLIAMS MORGAN P.C.<br>10333 Richmond, Suite 1100<br>Houston, TX  77042<br>*Attorneys for Plaintiff* | *BY ELECTRONIC MAIL* |
| Jonathan T. Suder<br>Corby R. Vowell<br>FRIEDMAN, SUDER, & COOKE, P.C.<br>Tindall Square Warehouse No. 1<br>604 East Fourth Street, Suite 200<br>Fort Worth, TX 76102<br>*Attorneys for Plaintiff*<br>\ | *BY ELECTRONIC MAIL* |

                                                                        */s/ Jennifer Ying*
                                                                         _____
                                                                         Jennifer Ying (#5550)